PHILLIP A. TALBERT
United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>MICHAEL L. FREEMAN,<br><br>              Defendant. | CASE NO. 2:16-CR-00100-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: December 15, 2016<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 15, 2016.

2. By this stipulation, defendant now moves to continue the status conference until January 5, 2017, and to exclude time between December 15, 2016, and January 5, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, search-related documents and photographs, laboratory reports concerning the alleged narcotics seized in this case, and certain items of real evidence, including alleged narcotics. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Additionally, the government and defense counsel are discussing evidentiary issues related to certain items of discovery.

   c) Counsel for defendant desires additional time to consult with his client; to review the current charges; to conduct investigation and research related to the charges; to review the discovery for this matter, including real evidence; to discuss potential resolutions with his client; and to otherwise prepare for trial.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 15, 2016 to January 5, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[*End of page*.]

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 7, 2016

PHILLIP A. TALBERT
United States Attorney

/s/ ROSS K. NAUGHTON
ROSS K. NAUGHTON
Assistant United States Attorney

Dated:  December 7, 2016

/s/ HAYES H. GABLE, III
HAYES H. GABLE, III
Counsel for Defendant
MICHAEL L. FREEMAN

\* \* \*

**ORDER**

IT IS SO ORDERED.

Dated:  January 4, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE