## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California | **RE:  Michael Lee Freeman**<br>**Docket Number:  0972 2:16CR00100-001**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Michael Lee Freeman is requesting permission to travel for vacation to the Bahamas with his girlfriend on a cruise. Michael Lee Freeman is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On March 30, 2017, Michael Lee Freeman was sentenced for the offenses of 21 U.S.C. §§ 841(a)(1) and 846, Manufacture and Attempted Manufacture of Cocaine Base.

**Sentence Imposed:**  Custody of Bureau of Prisons for a term of 33 months and Term of Supervised Release of 36 months.

**Dates and Mode of Travel:**  November 17, 2019 – November 22, 2019 via air and sea.

**Purpose:**  Mr. Freeman is requesting permission to travel for vacation with his girlfriend on these dates.

**RE:    Michael Lee Freeman
        Docket Number:  0972 2:16CR00100-001
        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

*/s/ Miriam E. Olea*

Miriam E. Olea
United States Probation Officer

Dated:    August 23, 2019
          Sacramento, California

**REVIEWED BY:**  _____
**Ronnie Preap
Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

**Dated:  August 28, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE